544 A.2d 1323

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellant,

v.

DIVINE PROVIDENCE HOSPITAL, Appellee.

Supreme Court of Pennsylvania.

Submitted May 9, 1988.

Decided Aug. 10, 1988.

Bruce G. Baron, Asst. Counsel, Harrisburg, for appellant.

Richard A. Vanderlin, O. William Vanderlin, Williamsport, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

This appeal is dismissed as having been improvidently granted.

ZAPPALA, J., notes a dissent.